**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **QBE INSURANCE CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 09-0190-CG-C** |
| | ) | |
| **DOLPHIN LINE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the court on the defendant's motion to set aside entry of default

(Doc. 13).

Upon due consideration, the motion to set aside default is hereby **GRANTED**.

The defendant is **ORDERED** to file its motion to dismiss referenced in the motion to set

aside entry of default **on or before July 1, 2009**.

Plaintiff's motion for entry of default judgment (Doc. 7) is **DENIED**.

**DONE and ORDERED** this 17th day of June, 2009.

                                    /s/ Callie V. S. Granade
                                    CHIEF UNITED STATES DISTRICT JUDGE